## JOHNSON *a.* WILLIAMS.—WILLIAMS *a.* JOHNSON.

*Supreme Court, First District; Special Term, November,* 1855.
*Original and Cross Suits.*

CONTINUANCE OF ACTIONS.—LEAVE OF COURT.

Leave of the court to continue an action under § 121 of the Code, is equally necessary, whether the continuance is sought before or after the expiration of the year.

Petition for leave to continue actions.

These were two suits, the one brought by Parmenus Johnson against Denison Williams, the other a cross suit between the same parties. They were commenced originally in the late Court of Chancery, and were continued to the filing, in 1841, of a decree for an account, interlocutory to a final decree. The account was never taken. In 1850 the suits were revived in the Supreme Court, but no further proceedings taken. In March, 1853, Denison Williams died intestate, and Joseph D. Williams, the present petitioner, was appointed his administrator.

Joseph D. Williams now petitioned the Court, setting forth the above facts, for leave to continue the actions as the representative of Denison Williams, or to continue them upon a supplemental complaint in his own name.

*N. Comstock, Jr.,* for the petitioner.

*Slosson & Schell,* for Parmenus Johnson.

CLERKE, J.—As more than one year has elapsed since the death of Denison Williams, the actions cannot be continued without filing a supplemental complaint as prescribed by section 121 of the Code. From the language of the same section it is evident that the permission of the court, on motion, to continue the action, must be obtained, whether the continuance of it is sought within or after the expiration of the year.

These actions are to be continued on filing a supplemental complaint. No costs.